IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

    Plaintiff,

v.

Case No. 18-cv-131-wmc

LINDSAY WALKER, TIM DETERS,
L. WOOD, M. NAVARRO,
TRISHA ANDERSON, C/O CHATMAN,
C/O GWEN SCHULTZ,
C/O CICHANOWICZ
AND C/O LUCAS WEBER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |